## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**J'DONTA DEL'MARCO BRITT**                                               **PETITIONER**

**4:21CV00648 BRW/PSH**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction ("ADC")**                              **RESPONDENT**

### JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing this petition for writ of habeas corpus without prejudice.  The relief sought is denied.

The certificate of appealability is denied.

IT IS SO ORDERED this 12th day of November, 2021.


                                                    Billy Roy Wilson
                                                 UNITED STATES DISTRICT JUDGE